IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-616-AP**

**THOMAS D. WARTMAN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Motion for Attorneys Fees (doc. #20), filed September 7, 2011, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$2,928.27**.

Dated at Denver, Colorado, this 13th day of September, 2011.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT